UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MOHAMED ABDALLA MAHMOUD,<br><br>                Plaintiff,<br>    v.<br><br>DIKIN, *et al.*,<br><br>                Defendants. | Case No. 3:25-cv-00064-MMD-CSD<br><br>ORDER |

*Pro se* Plaintiff Mohamed Abdalla Mahmoud moves to dismiss this action without prejudice. (ECF No. 12.) Mahmoud's motion is construed as a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action. Voluntary dismissals do not require a court order when, like here, no party has served "either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i).

It is therefore ordered that the motion to dismiss (ECF No. 12) is construed as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), and this action is dismissed without prejudice.

It is further ordered that the pending applications and motions (ECF Nos. 1, 9, and 10) are denied as moot.

DATED THIS 9th Day of October, 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE